**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ROCIO ROSALES, assignee of claims of Thee Aguila, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND. Form of Entity Unknown, and DOES 1-20, Inclusive.<br><br>Defendants. | Case No.  2:23-cv-01569-WLH (JDEx)<br><br>District Judge Wesley L. Hsu<br><br>**JUDGMENT ON FIDELITY AND DEPOSIT COMPANY OF MARYLAND'S MOTION FOR SUMMARY JUDGMENT  [31]**<br><br>**Date**:   June 7, 2024<br>**Time**:   11:00 a.m.<br>**Location**: Courtroom 9B<br><br>Complaint filed:      12/12/2022<br>Final Pretrial Conf: 06/28/2024<br>Trial Date:             07/16/2024 |

    This action came on for hearing before the Court, on June 7, 2024, Hon. Wesley L. Hsu, District Judge, Presiding, on a Motion for Summary Judgment.  The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff Rocio Rosales take nothing, that the action be dismissed with prejudice on the merits, and that defendant Fidelity and Deposit Company of Maryland recover its costs.

**IT IS SO ORDERED.**

Dated: June 11, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE